IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JAMES SHEBBY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>HEDPETH,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-00670-OWW-TAG-(HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(Doc. 13)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 15, 2008, Respondent filed a motion to dismiss. (Doc. 12). On October 9, 2008, Petitioner filed a motion to extend the time to file an opposition to the motion to dismiss. (Doc. 13). Petitioner seeks an extension of time because he is on lock down and without access to the prison law library. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 13) is GRANTED; and

2. Petitioner shall have to and including the date which is thirty (30) days from the date of service of this order, to file his opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:　**October 14, 2008**　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE