# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA JAMES SHEBBY, | ) | No. CV-F-08-670 OWW/BAK HC |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER GRANTING RESPONDENT'S |
| Petitioner, | ) | MOTION TO DISMISS PETITION |
| | ) | FOR WRIT OF HABEAS CORPUS |
| vs. | ) | (Doc. 12) AND DIRECTING |
| | ) | CLERK OF COURT TO ENTER |
| | ) | JUDGMENT FOR RESPONDENT AND |
| ANTHONY HEDGPETH, | ) | TO CLOSE THIS CASE |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

On September 1, 2009, the United States Magistrate Judge filed Findings and Recommendations, recommending that Respondent's motion to dismiss Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has not filed objections to the Findings and Recommendation. Rather, on September 14, 2009, Petitioner filed a notice of voluntary dismissal of the petition.

The Court has reviewed the record and concurs with the Findings and Recommendation and hereby adopts it.

For the reasons stated:

1

1.  Respondent's motion to dismiss Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is GRANTED;

2.  The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT and to close this case.

IT IS SO ORDERED.

**Dated:   September 22, 2009**                    /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE